IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANGEL LEVARIO DIAZ, JR. | ) | |
| | ) | MISC. ACTION NUMBER |
| VS. | ) | M-18-MC-1516 |
| | ) | |
| LORIE DAVIS | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Angel Levario Diaz Jr.'s cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 5 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 14th day of January, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE